**Order entered July 14, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01061-CV

### JOHNATHAN COOPER, Appellant

### V.

### MICHAEL MOWLA, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17693**

## ORDER

Before the Court is appellant's motion for extension of time to file his reply brief. We **GRANT** the motion and **ORDER** the brief received June 13, 2022 filed as of the date of this order.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE